# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:11-CV-135-RLV-DCK

| | |
|---|---|
| LFM REAL ESTATE VENTURES, LLC, ) <br> BRIAN A. MOORE, M.D., ) <br> MICHELLE L. MOORE, ) <br> EKACHAI LUCKTONG, M.D., ) <br> SUSAN D. STURGESS, ) <br> MICHAEL K. FRYE, M.D., and ) <br> JUDY L. FRYE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SUNTRUST BANK, INC., ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Stay Initial Attorney's Conference" (Document No. 13) filed December 1, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. No response to the motion has been filed, and the time to do has lapsed. Having carefully considered the motion, the record and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Stay Initial Attorney's Conference" (Document No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file a response to "Defendant's Motion For Judgment On The Pleadings" (Document No. 11) on or before **December 30, 2011**. Failure to file a response is likely to lead to the relief requested by Defendant's motion being granted.

Signed: December 21, 2011

David C. Keesler
United States Magistrate Judge