# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| LFM Real Estate Ventures, LLC, Brian A. Moore, Michelle L. Moore, Ekachai Lucktong, Susan D. Sturgess, Michael K. Frye, and Judy L. Frye, | ) | CLERK'S JUDGMENT |
| Plaintiff(s), | ) | 5:11CV135 |
| vs. | ) | |
| SunTrust Bank, Defendant(s). | ) | |

DECISION BY COURT. This action having come from the court motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Friday, December 07, 2012 Order.

December 10, 2012

Frank G. Johns, Clerk
United States District Court