## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### Case No. 5:11-CV-135-RLV

| | | |
|---|---|---|
| **LFM REAL ESTATE VENTURES, LLC,** | ) | |
| **BRIAN A. MOORE, MD,** | ) | |
| **MICHELLE L. MOORE,** | ) | |
| **EKACHAI LUCKTONG, MD,** | ) | |
| **SUSAN D. STURGESS,** | ) | |
| **MICHAEL K. FRYE, MD and** | ) | |
| **JUDY L. FRYE,** | ) | |
| | ) | **JUDGMENT** |
| **Plaintiffs,** | ) | **Defendant's Counterclaims** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SUNTRUST BANK,** | ) | |
| | ) | |
| **Defendant** | ) | |

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Order and Memorandum dated December 7, 2012, judgment is hereby GRANTED and ENTERED in favor of Defendant / Counterclaimant SunTrust Bank and jointly and severally against Plaintiffs / Respondents LFM Real Estate Ventures, LLC; Brian A Moore; Michelle L. Moore; Ekachai Lucktong; Susan D. Sturgess; Michael K. Frye and Judy L. Frye in the total amount of **$749,721.91**, together with post-judgment interest accruing from the date of this judgment until paid in full.

The judgment amount is calculated based on (a) the amount sought in SunTrust's counterclaims as of October 11, 2011 ($1,014,870.83); (b) plus interest accruing from October 12, 2011 through December 11, 2012 at the per diem rate of $229.58 ($97,801.08); (c) less an offset for the bid amount from the foreclosure of the underlying collateral property ($362,950.00).

Signed: December 12, 2012

Richard L. Voorhees
United States District Judge